

*Torri's Legal Services*

**March 7, 2005**

EDWARD J. COLLINS, ESQ.
P.O. BOX 381330
HARVARD SQUARE BRANCH
CAMBRIDGE MA 02238-1330

508-358-6666 Business

Invoice No: 19938

Reference Job #**19938** when remitting.

Doona vs Elaine L. Chao,

**Docket Number: 04-12372 PBS**
**Summons, Complaint**
**Elaine L. Chao**
Served last and usual with Mr. Whitting
on March 7, 2005 at 2:30 PM,
at Secretary of Labor, United States Department
of Labor, 200 Constitution Ave, NW,
Washington, DC 20210

Rush Service Fee $125.00
Federal Express Fee $25.00

Pre-payment: -$150.00

Amount Due: $0.00

There is no balance due:   **$0.00**

Quality legal services
based on confidence,
trust and results!

---

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 3-7-05 |
| NAME OF SERVER (PRINT) Scot Singleton | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Corporate serve - Mr. Whitting, office of the General Counsel

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/7/05
         Date

Signature of Server: S. Singleton

Address of Server: P.O. Box 18647
Washington, DC 20036

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.