UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| HELEN DOONA,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>ELAINE CHAO, Secretary,  )<br>United States Department of Labor, )<br>)<br>Defendant.  )<br>) | CIVIL ACTION<br>NO. 04-12372-PBS |

**GOVERNMENT'S ASSENTED-TO MOTION TO EXTEND TIME
TO RESPOND TO COMPLAINT**

The government respectfully moves this Court for a sixty-day extension of time, to and including July 5, 2005, to answer or otherwise respond to plaintiff's Complaint in the above matter. As grounds therefor, the undersigned counsel states that she received a copy of this Complaint today and has requested the administrative file and any other pertinent information from the U.S. Department of Labor. This information will take some time to compile and is required in order to formulate a proper response. Because the government is normally allowed 60 days in which to respond to a Complaint against it, it seeks the same amount of time by this Motion.

WHEREFORE, the government respectfully requests that this Motion be allowed.

                                          Respectfully submitted
                                          By its attorney,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

                       By:    /s/Eugenia M. Carris
                                          Eugenia M. Carris
                                          Assistant U.S. Attorney
                                          John Joseph Moakley U.S. Courthouse
                                          1 Courthouse Way - Suite 9200
                                          Boston, MA  02210
Dated: May 5, 2005                      (617) 748-3282

## L.R. 7.1 Certification

       The undersigned counsel states that she contacted plaintiff's counsel and that he assents to the relief requested herein.

                                          /s/Eugenia M. Carris
                                          Eugenia M. Carris, AUSA

## CERTIFICATE OF SERVICE

       I certify that I have this 5th day of May, 2005 served a copy of the foregoing Motion to Extend Time by first-class mail, postage paid to the following counsel of record:

                                Edward J. Collins
                                P.O. Box 381330
                                Cambridge, MA 02238-1330


                                          /s/ Eugenia M. Carris
                                          Eugenia M. Carris
                                          Assistant U.S. Attorney