UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HELEN DOONA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| v. | ) NO. 04-12372-PBS |
| | ) |
| ELAINE CHAO, Secretary, | ) |
| United States Department of Labor, | ) |
| | ) |
| Defendant. | ) |

**GOVERNMENT'S ASSENTED-TO MOTION TO EXTEND TIME
TO RESPOND TO COMPLAINT**

The government respectfully moves this Court for a further extension to answer or otherwise respond to plaintiff's Complaint in the above matter until August 5, 2005. The government's response is currently due on July 5, 2005. Plaintiff's counsel assents to this request.

As grounds for this motion, the undersigned counsel states that upon receipt of the above Complaint in May 2005, she immediately requested the administrative file and other pertinent information from the U.S. Department of Labor.[1] As of this date, she has not received any information to assist her in preparing a response to the Complaint despite her following up on the initial request for this material. Also, the undersigned counsel recently learned from plaintiff that the government will soon be served with a related suit.

Government counsel now has briefs due in several other matters between now and July 5, so even if she received information from the agency this week, she would not be able to complete

---

[1] The government notes that, although this suit was filed in late 2004, it was not served on the agency until March 2005. The United States Attorney's Office learned of it in May 2005.

a response by that date. In addition, the undersigned will then be out of state on a previously scheduled family vacation until and including July 12, 2005. Thus, the undersigned requests a further 30 day extension until and including August 5, 2005 to answer or otherwise respond to this Complaint and respectfully requests that this Court allow an extension until that time.

                Respectfully submitted
                By its attorney,

                MICHAEL J. SULLIVAN
                United States Attorney

By:   /s/Eugenia M. Carris
       Eugenia M. Carris
       Assistant U.S. Attorney
       John Joseph Moakley U.S. Courthouse
       1 Courthouse Way - Suite 9200
       Boston, MA  02210
Dated: June 20, 2005       (617) 748-3376

## L.R. 7.1 Certification

The undersigned counsel states that plaintiff's counsel assents to the relief requested.

                /s/Eugenia M. Carris
                Eugenia M. Carris

## CERTIFICATE OF SERVICE

I certify that I have this 20th day of June, 2005 served a copy of the foregoing Motion to Extend Time by first-class mail to:

        Edward J. Collins
        P.O. Box 381330
        Cambridge, MA 02238-1330

                /s/ Eugenia M. Carris
                Eugenia M. Carris