UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                      )
HELEN DOONA,                          )
                                      )
         Plaintiff,                   )
                                      )          CIVIL ACTION
v.                                    )          NO.  04-12372-PBS
                                      )
ELAINE CHAO,  Secretary,              )
United States Department of Labor,    )
                                      )
         Defendant.                   )
_____)

## JOINT STATEMENT

Pursuant to Fed. R. Civ. P. 16(b) and Local Rule 16.1(d), the parties have conferred and hereby file the following Joint Statement and proposed pre-trial schedule in anticipation of the Scheduling Conference on October 2, 2005.

A.      Discovery Plan

The parties proposed that fact discovery close on March 31, 2006 and proceed as follows:

1.      The parties will provide each other the Rule 26(a)(1) automatic discovery by October 2, 2005.

2.      Fact discovery shall close on March 31, 2006 and shall be conducted in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

3.      Should expert discovery be necessary, the plaintiff shall disclose her expert(s) and report(s) by April 3, 2006 and the defendant shall disclose its experts and reports by April 28, 2006.  Expert depositions shall be completed by May 15, 2006.

B.     Motion Schedule

    1.      All motions for summary judgment filed by June 30, 2006.

    2.      All oppositions filed by July 28, 2006.

C.     Certifications

    The parties will file Certificates in accordance with Local Rule 16.1(3) at or before the

Scheduling Conference.

D.     Magistrate Judge

    At this time, the parties do not consent to trial before a Magistrate Judge.


        Respectfully submitted,

        For the plaintiff,

        /s/Edward J. Collins/EMC
        Edward J. Collins
        P.O. Box 381330
        Cambridge, MA 02238-1330
        (508) 358-6666

        For the defendant,

        MICHAEL J. SULLIVAN
        UNITED STATES ATTORNEY

        /s/ Eugenia M. Carris
        Eugenia M. Carris
        Assistant United States Attorney
        John Joseph Moakley Courthouse
        One Courthouse Way, Suite 9200
        Boston, MA  02210
        (617) 748-3376

Date: September 29, 2005