UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| HELEN DOONA, )<br>)<br>    Plaintiff, )<br>) | |
| ) | CIVIL ACTION |
| v. ) | NO. 04-12372-PBS |
| ) | |
| ELAINE CHAO, Secretary, )<br>United States Department of Labor, )<br>)<br>    Defendant. )<br>) | |

**DEFENDANT'S CERTIFICATION OF COMPLIANCE**
**WITH LOCAL RULE 16.1(D)(3)**

The undersigned representative of defendant hereby certifies, pursuant to Local Rule 16.1(D)(3), that he has conferred with counsel on the following:

    1. establishing a budget for the costs of conducting the full course, and various alternatives, of this litigation; and,

    2. to consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| | By its attorney, |
|---|---|
| U.S. DEPARTMENT OF LABOR | MICHAEL J. SULLIVAN<br>United States Attorney |
| /s/Joseph S. Ackerstein/EMC | |
| JOSEPH S. ACKERSTEIN, Esq. | /s/Eugenia M. Carris |
| U.S. Department of Labor | EUGENIA M. CARRIS |
| Office of the Solicitor | Assistant U.S. Attorney |
| JFK Federal Building - RM E-375 | 1 Courthouse Way - Suite 9200 |
| Boston, MA  02203 | Boston, MA 02210 |
| (617) 565-2500 | (617) 748-3282 |

Dated this  4th   day of October, 2005.