UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Helen Doona
Plaintiff,

       V.                                        Civil Action Number
                                                  04-12372-PBS

Elaine Chao
Defendant.                                       October 5, 2005

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 3/30/06

Summary Judgment Motion filing deadline: 4/30/06

Opposition to Summary Judgment Motions: 5/30/06

Hearing on Summary Judgment or Pretrial Conference: 6/13/06 at 2:00p.m.

                                                                 By the Court,

                                                               /s/ Robert C. Alba
                                                               Deputy Clerk