UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HELEN DOONA,<br><br>        Plaintiff,<br><br>v.<br><br>ELAINE CHAO, SECRETARY,<br>UNITED STATES DEPARTMENT<br>OF LABOR,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.: 04-12372-PBS<br>)<br>)<br>)<br>)<br>)<br>) |

**GOVERNMENT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the defendant moves for summary judgment in this employment discrimination action. As set forth more fully in the accompanying memorandum of law, the relevant material facts are not in dispute, and the record evidence does not support Plaintiff's contentions that she was discriminated against. Plaintiff cannot establish a prima facie case of discrimination based on gender, age, national origin, marital status, parental status, and reprisal for previous EEO activity. Furthermore, the defendant has given legitimate non-discriminatory reasons for its alleged discriminatory employment decisions. Plaintiff cannot produce any evidence demonstrating that these reasons are a pretext for discrimination.

Wherefore, the government respectfully requests that the Court enter summary judgment in its favor.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/Eugenia M. Carris
Eugenia M. Carris
Assistant United States Attorney
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210

Dated:  April 21, 2006                                     (617) 748-3282

## L.R. 7.1 Certification

I certify that I attempted to resolve or narrow the issues presented in this motion.

/s/Eugenia M. Carris
Assistant U.S. Attorney

## CERTIFICATE OF MAILING

This is to certify that a true copy of the GOVERNMENT'S MOTION FOR SUMMARY JUDGMENT, MEMORANDUM IN SUPPORT thereof, and STATEMENT OF UNDISPUTED MATERIAL FACTS PURSUANT TO LOCAL RULE 56.1 were electronically noticed or sent by first class mail on April 21, 2006 to plaintiff's counsel of record, Edward J. Collins, Esq., P.O. Box 381330, Cambridge, MA 02238.

/s/Eugenia M. Carris
Assistant U.S. Attorney