<u>Helen Doona v. Elaine Chao, Secretary of U.S. Dept of Labor</u>
U.S.D.C. Civil Action No. 04-12372-PBS
Exhibits to Government's Memorandum in Support of its Motion to Dismiss

# EXHIBITS A thru S

# ARE NOT SCANNED DUE TO VOLUME

# Hard Copy filed in Clerk's Office

**Exhibits for Memo for Summary Judgment**

Exhibit A:  District Court Complaint

Exhibit B:  Work Hours Log

Exhibit C: Answers to Interrogatories

Exhibit D: Philip Tanner Affidavit, Complaint #1

Exhibit E: Program Operation Plan Guidance FY 2001

Exhibit F: Reassignment Case List

Exhibit G: Formal EEO Complaint #1

Exhibit H: Performance Appraisals

Exhibit I: Agency Letter of Investigation

Exhibit J:  Plaintiff's Formal EEO Complaint and Attachments (Complaint #2)

Exhibit K: James Benages Affidavit, Complaint #2

Exhibit L: Vacancy Announcement

Exhibit M: Position Description

Exhibit N: Philip Tanner Affidavit, Complaint #2

Exhibit O:  Plaintiff's Informal EEO Complaint

Exhibit P: Agency Letter of Investigation, Complaint #2

Exhibit Q: Doona Deposition

Exhibit R: Doona Affidavit (Complaint #2)

Exhibit S: Certificate of Eligibles for Merit Staffing Vacancy Announcement BOS 01-92