UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HELEN DOONA,
    Plaintiff,

V.

                              CIVIL ACTION: 04-12372-PBS

ELAINE CHAO,
    Defendant.

## FINAL JUDGMENT

SARIS, U.S.D.J.                                                                June 12, 2006

      Pursuant to this Court's Endorsed Order of June 12, 2006 allowing Defendant's Motion for Summary Judgment, it is ORDERED and ADJUDGED that final judgment is hereby entered in favor of the Defendant Elaine Chao.

                                                      By the Court,

                                                      /s/ Robert C. Alba
                                                    Deputy Clerk