**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CIVIL ACTION NO. 04-12372-PBS**

| | |
|---|---|
| HELEN DOONA, | |
| | **Plaintiff ,** |
| v. | |
| ELAINE CHAO, SECRETARY, | |
| UNITED STATES DEPARTMENT OF LABOR, | |
| | **Defendant.** |

**NOTICE OF APPEAL**

Defendant Helen Doona, by her attorney, hereby appeals to the United States Court of Appeals for the First Circuit from the Final Judgment in this action entered on the docket on June 12, 2006 as Paper #14.

Dated: July 11, 2006

By her attorney,

/s/Edward J. Collins
Edward J. Collins
Post Office Box 381330
Cambridge, Massachusetts 02238-1330
[508]-358-6666
B.B.O. No. 092240