UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04-cv-12372

Helen Doona

v.

Elaine Chao, et al

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-15

and contained in I Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 7/12/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 24, 2007.

Sarah A. Thornton, Clerk of Court

By:

Receipt of the documents in the above entitled case is hereby acknowledged this date: 1/29/07 .

Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06