APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:04-cv-12372-PBS

Doona v. Chao
Assigned to: Judge Patti B. Saris
Related Case: 1:05-cv-10296-PBS
Cause: 42:2000e Job Discrimination (Employment)

Date Filed: 11/08/2004
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Helen Doona**                               represented by **Edward J. Collins**
P.O. Box 381330
Cambridge, MA 02238-1330
508-358-6666
Email: ejclaw@comcast.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Elaine Chao**                               represented by **Eugenia M. Carris**
*Secretary, United States Department of*      United States Attorney's Office
*Labor*                                       John Joseph Moakley Federal Courthouse
                                              1 Courthouse Way
                                              Suite 9200
                                              Boston, MA 02210
                                              617-748-3376
                                              Fax: 617-748-3969
                                              Email: eugenia.carris@usdoj.gov
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/08/2004 | 1 | COMPLAINT against Elaine Chao Filing fee: $ 150, receipt number 59947, filed by Helen Doona. (Attachments: # 1 Exhibit # 2 Civil Cover Sheet)(Patch, Christine) (Entered: 11/12/2004) |
| 11/08/2004 |   | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander. (Patch, Christine) (Entered: 11/12/2004) |
| 11/08/2004 |   | Summons Issued as to Elaine Chao, U.S. Attorney and U.S. Attorney |

| | | |
|---|---|---|
| | | General (Patch, Christine) (Entered: 11/12/2004) |
| 03/07/2005 | 2 | SUMMONS Returned Executed by Helen Doona. Elaine Chao served on 3/7/2005, answer due 5/6/2005. (Patch, Christine) (Entered: 03/10/2005) |
| 05/05/2005 | 3 | Assented to MOTION for Extension of Time to July 5, 2005 to File a Response to Plaintiff's Complaint by Elaine Chao.(Carris, Eugenia) (Entered: 05/05/2005) |
| 05/06/2005 | | Judge Patti B. Saris: Electronic ORDER entered granting 3 Assented to MOTION for Extension of Time to July 5, 2005 to File a Response to Plaintiff's Complaint by Elaine Chao. (Alba, Robert) (Entered: 05/06/2005) |
| 05/06/2005 | | Reset Answer Deadlines for Elaine Chao. Answer due 7/5/05. (Alba, Robert) (Entered: 05/06/2005) |
| 06/20/2005 | 4 | Assented to MOTION for Extension of Time to 8/5/2005 to File Answer re 1 Complaint, 2 Summons Returned Executed as to USA by Elaine Chao.(Carris, Eugenia) (Entered: 06/20/2005) |
| 06/22/2005 | | Judge Patti B. Saris: Electronic ORDER entered granting 4 Assented to MOTION for Extension of Time to 8/5/2005 to File Answer re 1 Complaint. Answer due 8/5/2005. (Alba, Robert) (Entered: 06/22/2005) |
| 08/03/2005 | 5 | ANSWER to Complaint by Elaine Chao.(Carris, Eugenia) (Entered: 08/03/2005) |
| 08/04/2005 | 6 | NOTICE of Scheduling Conference. Scheduling Conference set for 10/5/2005 at 2:00 PM in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 08/04/2005) |
| 09/29/2005 | 7 | JOINT STATEMENT of counsel. (Carris, Eugenia) (Entered: 09/29/2005) |
| 10/04/2005 | 8 | CERTIFICATION pursuant to Local Rule 16.1 (D)(3) by Elaine Chao. (Carris, Eugenia) (Entered: 10/04/2005) |
| 10/05/2005 | | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris: Scheduling Conference held on 10/5/2005. Court sets discovery and motion filing schedule. (Alba, Robert) (Entered: 10/05/2005) |
| 10/05/2005 | 10 | Judge Patti B. Saris : ORDER entered. SCHEDULING ORDER:Fact Discovery due by 3/30/2006. Summary Judgment Motion due by 4/30/2006; opposition due by 5/30/06. Hearing on Summary Judgment or Pretrial Conference set for 6/13/2006 02:00 PM in Courtroom 19 before Judge Patti B. Saris. (Patch, Christine) (Entered: 10/06/2005) |
| 10/06/2005 | 9 | NOTICE of Rejection of Filing re: Plaintiff's Local Rule 16.1 Certificate of Compliance sent to Edward Collins (Patch, Christine) (Entered: 10/06/2005) |
| 04/21/2006 | 11 | MOTION for Summary Judgment by Elaine Chao.(Carris, Eugenia) (Entered: 04/21/2006) |

| | | |
|---|---|---|
| 04/21/2006 | 12 | MEMORANDUM in Support re 11 MOTION for Summary Judgment filed by Elaine Chao. (Attachments: # 1 Exhibit A-S are not scanned due to volume - hard copy filed in Clerk's Office)(Carris, Eugenia) (Entered: 04/21/2006) |
| 04/21/2006 | 13 | STATEMENT of facts re 11 MOTION for Summary Judgment *of Undisputed Material Facts*. (Carris, Eugenia) (Entered: 04/21/2006) |
| 06/12/2006 | | Judge Patti B. Saris: Electronic ORDER entered allowing 11 Motion for Summary Judgment filed by Elaine Chao. "Allowed without opposition." (Alba, Robert) (Entered: 06/12/2006) |
| 06/12/2006 | 14 | Judge Patti B. Saris: FINAL JUDGMENT entered. Pursuant to this Court's Endorsed Order of June 12, 2006 allowing Defendant's Motion for Summary Judgment, it is ORDERED and ADJUDGED that final judgment is hereby entered in favor of the Defendant Elaine Chao.(Alba, Robert) (Entered: 06/12/2006) |
| 07/12/2006 | 15 | NOTICE OF APPEAL by Helen Doona. $ 455 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 8/1/2006. (Collins, Edward) (Entered: 07/12/2006) |
| 08/24/2006 | | Filing fee: $ 455.00, receipt number 74639 for 15 Notice of Appeal, (Patch, Christine) (Entered: 08/28/2006) |