*04-12372*
*USDC/MA-BO*
*Saris, P.*

# MANDATE

# United States Court of Appeals
## For the First Circuit

No.  06-2083

HELEN DOONA

Plaintiff - Appellant

v.

ELAINE CHAO, Secretary, United States Department of Labor

Defendant - Appellee

**JUDGMENT**

Entered: March 12, 2007
Pursuant to 1st Cir. R. 27.0(d)

By notices issued 12/8/06, 12/29/06, and 2/6/07, appellant was notified that he was in default for failure to file an opening brief. Appellant was warned that unless he filed a brief by 2/20/07, his appeal would be dismissed for lack of diligent prosecution.

Appellant having failed to file a brief, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Loc. R. 45.0(a) and 3.0(b).

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*[signature]*

Deputy Clerk

Date: 5/25/07

By the Court:
Richard Cushing Donovan, Clerk

**MARGARET CARTER**

By:_____
Margaret Carter, Chief Deputy Clerk

[cc: Edward J. Collins, Esq. and Eugenia Mary Carris, AUSA ]